UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
LUISE BADGER, KARL BAKER; JULIA          :
BRUMFIELD; ANTONIA CLARK; MARY
CRAWLEY; AUDREY DECHA; FRED              :
ERIAMIATOE; MICHAEL GAITO; ANGELA
HARDIN; MARTIN HYMOWITZ,                 :

    Plaintiffs,                          :  Civil Action
v.                                          No. 04-11142-GAO
                                         :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH              :
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A          :
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER              :
INGELHEIM PHARMACEUTICALS, INC.,
                                         :
    Defendants.                          :
------------------------------------- x

## NOTICE OF APPEARANCE

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 9, 2004                    Respectfully submitted,
       Boston, Massachusetts
                                         /s/Matthew J. Matule
                                         Matthew J. Matule (BBO #632075)
                                         SKADDEN, ARPS, SLATE,
Of Counsel:                                MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                      Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                    (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                           Counsel for Defendant,
                                         Indevus Pharmaceuticals, Inc.